

## BoylanBrown
Growth.Protection.Succession.
BUSINESS AND CORPORATE LAW

*Rec'd $1.55*
*#7386*
*7/23/10*

July 22, 2010

Office of U.S. Bankruptcy Court Clerk
1220 Federal Building
100 State Street
Rochester, New York 14614

    RE:  Mark J. Pompeii, Debtor
           Case No. 07-20123

Ladies and Gentlemen:

    Enclosed herewith is check in the sum of $1.55 representing a small dividend on Claim No. 3 filed by the law offices of Thomas W. Reed, II PLLC for $27.

                                         Very truly yours,

                                         BOYLAN, BROWN,
                                   CODE, VIGDOR & WILSON, LLP

WHH/dh
Enclosure
                                      Warren H. Heilbronner, Trustee



Boylan, Brown, Code, Vigdor & Wilson, LLP
40 Chase Square, Rochester, New York 14604
OFFICE.585.232.5300 FAX.585.232.3528 www.boylanbrown.com

Case 2-07-20123-JCN   Doc 85   Filed 07/23/10   Entered 07/23/10 14:23:46   Desc Main
Document   Page 1 of 1

PRIMERUS